UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOEL HENDRIX,

    Plaintiff,

v.                                      CASE NO: 8:10-cv-1042-T-23AEP

POLICE PROTECTIVE FUND, INC.,

    Defendant.
_____/

**ORDER**

The parties move for the fourth time (Doc. 27) for review and approval of an FLSA settlement. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982), requires a federal district judge to confirm that an FLSA settlement is "a fair and reasonable resolution of a bona fide dispute." To this end, Middle District judges have issued several opinions elaborating a standard for approval of an FLSA settlement. *See, e.g.,* Dees v. Hydradry, Inc., 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010), Bonetti v. Embarq Management Co., 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009), Moreno v. Regions Bank, 2010 WL 3118278 (M.D. Fla. Aug. 6, 2010).

Despite several submissions, counsel fail again to submit a compliant settlement agreement (which means the agreement remains unenforceable in some circumstances). Counsel assumes the risk.

The motion for approval (Doc. 27) is **GRANTED**.  This order (and the content of the settlement agreement) shall have no precedential value whatsoever.  The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on November 23, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE